## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| A.S., as parent and guardian of JANE DOE, a Minor ) ) ) | CASE NO.: 1:24-CV-00756 |
| Plaintiff, ) ) | JUDGE: PHILIP CALABRESE |
| vs. ) ) | |
| MAPLETON LOCAL SCHOOL DISTRICT, et al. ) ) ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL RELATED TO MAPLETON LOCAL SCHOOL DISTRICT

Now comes Plaintiff, by and through undersigned counsel and pursuant to Federal Civil Rule 41, hereby voluntarily dismisses all counts against Defendant, Mapleton Local School District, without prejudice, at Plaintiff's cost. Plaintiff maintains her claims against all other defendants, including, but not limited to, Mapleton Local School District Board of Education.

Respectfully Submitted

*/s/ Eric F. Long*
ERIC F. LONG (0093197)
TYLER J. WALCHANOWICZ (0100115)
Friedman Nemecek Long & Grant, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: efl@fanlegal.com
E: tjw@fanlegal.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing was filed on this 15th day of July, 2024, by CM/ECF, which will send a notification of electronic filing (NEF) to the parties of record.

/s/ Eric F. Long
ERIC F. LONG (0093197)