UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| A.S., as parent and guardian of JANE DOE, a Minor | ) ) ) |
| Plaintiff, | ) CASE NO.: 1:24-CV-00756 ) ) JUDGE: PHILIP CALABRESE ) |
| vs. | ) ) ) |
| MAPLETON LOCAL SCHOOL DISTRICT, et al. | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL RELATED TO MAPLETON LOCAL SCHOOL DISTRICT, MAPLETON LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, SCOTT SMITH, AND COREY KLINE**

Now comes Plaintiff, by and through undersigned counsel and pursuant to Federal Civil Rule 41, hereby voluntarily dismisses all counts against Defendants, Mapleton Local School District, Mapleton Local School District Board of Education, Scott Smith, and Corey Kline, with prejudice, at Plaintiff's cost. Plaintiff maintains her claims against all other defendants.

Respectfully Submitted

*/s/ Tyler J. Walchanowicz*
ERIC F. LONG (0093197)
TYLER J. WALCHANOWICZ (0100115)
Friedman Nemecek Long & Grant, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: efl@fanlegal.com
E: tjw@fanlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed on this 18th day of September, 2024, by CM/ECF, which will send a notification of electronic filing (NEF) to the parties of record.

/s/ *Tyler J. Walchanowicz*
TYLER J. WALCHANOWICZ (0100115)