UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| A.S., as parent and guardian of JANE DOE, a Minor | ) ) ) |
| Plaintiff, | ) ) CASE NO.: 1:24-CV-00756 ) ) JUDGE: PHILIP CALABRESE ) |
| vs. | ) ) |
| MAPLETON LOCAL SCHOOL DISTRICT, et al. | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, by and through undersigned counsel and pursuant to Federal Civil Rule 41, hereby voluntarily dismisses all counts against Defendants, Black River Local School District, Black River Local School District Board of Education, Robert Clarico, and Courtney Dieter with prejudice, at Plaintiff's cost. Plaintiff has now dismissed her claims against all Defendants, hereby dismissing this matter in its entirety.

Respectfully Submitted

*/s/ Tyler J. Walchanowicz*
ERIC F. LONG (0093197)
TYLER J. WALCHANOWICZ (0100115)
Friedman Nemecek Long & Grant, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
P: (216) 928-7700
F: (216) 820-4659
E: efl@fanlegal.com
E: tjw@fanlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed on this 10th day of January, 2025, by CM/ECF, which will send a notification of electronic filing (NEF) to the parties of record.

/s/ Tyler J. Walchanowicz
TYLER J. WALCHANOWICZ (0100115)